AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>See Attachment A. | )<br>)<br>) Case No. 8:19MJ558<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attached Affidavit in Support of an Application for a Search Warrant.

**YOU ARE COMMANDED** to execute this warrant on or before _____ December 3, 2019 _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 11/20/2019 11:28 a.m. _____
*Judge's signature*

City and state: Omaha, Nebraska   Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 8:19MJ558 | Date and time warrant executed: 11/25/2019 at 1620 hrs | Copy of warrant and inventory left with: NSP Technical Crime Lab |
|---|---|---|

Inventory made in the presence of: Sergeant Eberle

Inventory of the property taken and name of any person(s) seized:

The following were submitted to the NSP Technical Crime Lab for data extraction and analysis:
1. Silver Apple iPhone with IMEI 356153093266804; and
2. Silver Apple iPhone S with IC 579CE2944A; and
3. White Apple iPhone with no identifying information accessible; and
4. Silver Apple iPhone S with IC 579CE2946A; and
5. Black Apple iPhone with no identifying information accessible
6. Silver Apple iPhone with IC 579CE2946A.
As of January 2nd, 2020 all iPhones remained locked via code and therefore extraction has not yet been completed and is still being attempted.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: January 2, 2020

*Executing officer's signature*

Investigator Wenzl
*Printed name and title*

## ATTACHMENT A

The five cellular/mobile phones/devices (the Property) to be searched are as follows:

1. Silver Apple iPhone with IMEI 356153093266804; and
2. Silver Apple iPhone S with IC 579CE2944A; and
3. White Apple iPhone with no identifying information accessible; and
4. Silver Apple iPhone S with IC 579CE2946A; and
5. Black Apple iPhone with no identifying information accessible
6. Silver Apple iPhone with IC 579CE2946A.

The phones/devices are currently located at the evidence storage of the Nebraska State Patrol, 4130 NW 37th Street, Lincoln, Lancaster County, Nebraska.

This warrant authorizes the forensic examination of the Property for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All records, information and data on the phones/devices described in Attachment A (the Property) that relate to violations of 21 U.S.C. § 841(a) and involve Ali M. Abbasi and/or Julio J. Martinez, including:

    a. lists of customers and related identifying information;

    b. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    c. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    d. any information recording Ali M. Abbasi and/or Julio J. Martinez's schedule or travel;

    e. all bank records, checks, credit card bills, account information, and other financial records.

2. Any and all electronic data contained in the devices, including data, text, messages, images, voice memos, photographs, videos, internet sites, internet access, documents, emails and email accounts, social media accounts, cloud storage accounts, or other information, ledgers, contained in the cellular phone internal, external or removable memory or memories, which includes any smart cards, SIM cards or flash cards.

3. Evidence of user attribution showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.